

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| THOMAS A. SCHOBER D/B/A EL PASO HOME BUYERS, III, | § | No. 08-15-00054-CV |
| | § | Appeal from the |
| Appellant, | § | 327th District Court |
| V. | § | of El Paso County, Texas |
| KEVIN ZIEGLER AND ELIZABETH ZIEGLER, | § | (TC# 2014-DCV-1713) |
| | § | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of this appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.